19-18654

Certificate Number: 12459-ILN-CC-033044062



12459-ILN-CC-033044062

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 30, 2019, at 6:08 o'clock PM PDT, Robert Sam received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 01 2019
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

Date:   June 30, 2019                          By:      /s/Abigail Hernandez

Name:   Abigail Hernandez

Title:   Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).