Form ntcinstl

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.:  19–18654
Chapter:  13
Judge:  Pamela S. Hollis

In Re:
   Robert John Sam
   aka Bob John Sam
   1514 Brookfield Dr
   Plainfield, IL 60586

Social Security / Individual Taxpayer ID No.:
   xxx–xx–6076

Employer Tax ID / Other nos.:

### NOTICE OF ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the *Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A)*, the court orders that:

   The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

BY THE COURT

Dated: July 2, 2019                          Jeffrey P. Allsteadt , Clerk
                                             United States Bankruptcy Court