## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  Robert J Sam                                    )        Case no. 19-18654
                                                        )
                                                        )        Chapter 13
                                                        )
                                  Debtor                )        Judge:  Pamela S. Hollis
                                                        )

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Robert J Sam                                                    Pro Se Debtor

1514 Brookfield Dr
Plainfield, IL  60586

Please take notice that on Friday, August 9, 2019 at 10:30 am, a representative of this office shall appear before the Honorable Judge Pamela S. Hollis at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Tuesday, July 30, 2019.

                                                        /s/ Bill Karmia

                                                        For:  Glenn Stearns, Trustee

---

### OBJECTION TO DISCHARGE UNDER § 1328 (f)

Now comes Glenn Stearns, Chapter 13 Trustee, and requests that the discharge of the above referenced Debtor be denied and in support thereof, states the following:

1.  On July 01, 2019, the debtor filed a petition under Chapter 13.
2.  The Debtor received a Chapter 7 discharge in Case Number 15-25179 filed on July 24, 2015
3.  The Debtor Is not entitled to a discharge under § 1328(f) because the Debtor received a Chapter 7 discharge in a case filed within 4 years of the filing of the present case..

WHEREFORE, the Trustee prays that the discharge for the above referenced debtor be denied.

                                                        Respectfully Submitted;

                                                        /s/  Gerald Mylander

                                                        For:  Glenn Stearns, Trustee

Glenn Stearns, Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888