## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-18654 |
| Robert J Sam | ) | |
| | ) | Chapter:  13 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO DISMISS FOR FAILURE TO FILE A PLAN AND FAILURE TO FILE REQUIRED DOCUMENTS UNDER §521(a)(1) AND 1307(c)

This matter coming on the Trustee's Motion to Dismiss, proper notice given and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. The above referenced case is dismissed pursuant to 11. U.S.C. Section 521(a)(1) and Section 1307(c).

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  August 02, 2019

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)