Form ntcdsm

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.:  19–18654
Chapter:  13
Judge:  Pamela S. Hollis

In Re:
  Robert John Sam
  aka Bob John Sam, dba Harpers Hollow
  Productions
  1514 Brookfield Dr
  Plainfield, IL 60586

Social Security / Individual Taxpayer ID No.:
  xxx–xx–6076

Employer Tax ID / Other nos.:

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on August 2, 2019

FOR THE COURT

Dated: August 5, 2019                    Jeffrey P. Allsteadt , Clerk
                                         United States Bankruptcy Court