Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.:  19−18654
Chapter:  13
Judge:  Pamela S. Hollis

In Re:
  Robert John Sam
  aka Bob John Sam, dba Harpers Hollow
  Productions
  1514 Brookfield Dr
  Plainfield, IL 60586

Social Security / Individual Taxpayer ID No.:
  xxx−xx−6076

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on August 2, 2019

FOR THE COURT

Dated: August 5, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 19-18654-PSH
Robert John Sam                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: ahamilton          Page 1 of 1              Date Rcvd: Aug 05, 2019
                               Form ID: ntcdsm          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2019.
db            +Robert John Sam,   1514 Brookfield Dr,   Plainfield, IL 60586-7575
28000347      +COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
27979689       Comcast,   PO Box 4928,   Oak Brook IL 60522-4928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27977600      +EDI: CINGMIDLAND.COM Aug 06 2019 04:58:00     AT&T,   208 S Akard St,   Dallas, TX 75202-4206
27979675      +EDI: ATTWIREBK.COM Aug 06 2019 04:53:00     AT&T,   Bankruptcy Department,   PO Box 769,
                Arlington TX 76004-0769
27977603       EDI: COMCASTCBLCENT Aug 06 2019 04:53:00     Comcast,   41112 Concept Dr,
                Plymouth MI 48170-4253
27977602       E-mail/Text: legal@marlincash.com Aug 06 2019 01:19:26     Marlin Financial,
                175 SW 7th Ste 1214,   Miami, FL 33130-2952
                                                                               TOTAL: 4

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27977601       Stephen Oltean
                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2019 at the address(es) listed below:
         Glenn B Stearns    stearns_g@lisle13.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                               TOTAL: 2